| Fill in this information to identify the case: |
|---|
| Debtor 1    Gregory Ervin Brooks |
| Debtor 2    Sandra Rucker Brooks |
| (Spouse, if filing) |
| United States Bankruptcy Court for the EASTERN District of VIRGINIA |
| Case number 19-34696-KLP |

# Official Form 410S1

## Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 18-1

**Last 4 digits** of any number you use to identify the debtor's account: 1058

**Date of payment change:** 11/29/2020
Must be at least 21 days after date of this notice

**New total payment:** $4,059.08
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $62.50        New escrow payment: $3,285.55

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:                  New interest rate:

   Current principal and interest payment:    New principal and interest payment:

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment              New mortgage payment:

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1 <u>Gregory Ervin Brooks</u>  Case number *(if known)* <u>19-34696-KLP</u>
Print Name   Middle Name   Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Erin Elam</u>   Date <u>09/24/2020</u>
Signature

Print    <u>Erin Elam</u>    Title  <u>Authorized Agent for Creditor</u>
         First Name   Middle Name   Last Name

Company   <u>Robertson, Anschutz, Schneid & Crane LLC</u>

Address   <u>10700 Abbott's Bridge Road, Suite 170</u>
          Number   Street

          <u>Duluth  GA 30097</u>
          City                               State     ZIP Code

Contact Phone <u>470-321-7112</u>    Email  <u>eelam@Rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Gregory Ervin Brooks
2307 Cersley Street
Richmond, VA 23224

Sandra Rucker Brooks
2307 Cersley Street
Richmond, VA 23224

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

By: /s/ Lorena Delgado
Lorena Delgado
ldelgado@rascrane.com



Caliber Home Loans, Inc
P.O. Box 619063
Dallas, TX 75261-9063

# Escrow Statement

| Account Summary | |
|---|---|
| Statement Date: | 08/12/2020 |
| Loan Number: | |
| Current Payment Amount: | $835.61 |
| New Payment Amount: | $4,059.08 |
| New Payment Effective Date: | 11/29/2020 |
| Property Address: | 2307 CERESLEY ST RICHMOND VA 23224 |

GREGORY E BROOKS
SANDRA R BROOKS
PO BOX 508 1313 E CARY ST
C/O JAMES E KANE
RICHMOND VA  23218-0508

We are here to help....

www.caliberhomeloans.com

Customer Service: 1-800-401-6587
Monday - Friday
8:00 AM - 7:00 PM CST

## What is Escrow?

Escrow is an account that is used to store funds collected through your mortgage payment for the purpose of paying your property taxes &/or insurance.

Funds are issued to your tax entity or insurance carrier when payments become due; the amount due is determined by those entities.

Other items such as mortgage and flood insurance may also be included in your escrow account.

To learn more about escrow, please visit caliberhomeloans.com/tools-resources/faqs.

## Why am I receiving this statement?

- We review your escrow account to ensure your monthly escrow payment will be enough to cover tax and insurance payments for the next 12 months.
- Since the amount of taxes and insurance can change over time, this statement will outline any changes for your account.
- These changes may impact your payment amount.

## YOUR RESULTS...

Based on our review, you have a **Shortage** in the amount of **$37,014.67**.

Details of this calculation are reflected in Section 2.

| | |
|---|---|
| Projected minimum balance | -$36,612.67 |
| - Required minimum balance | $402.00 |
| **Shortage Amount** | **-$37,014.67** |

## Section 1: Next Steps

**Choose your Mortgage Payment**

### Option 1:



Pay your shortage in the amount of $37,014.67 in full online or by mailing in the coupon below.

**Your new payment will be $974.53**

| Payment Breakdown | Current Monthly Payment | New Monthly payment as of 11/29/2020 |
|---|---|---|
| Principal & Interest | $773.53 | $773.53 |
| Escrow | $62.50 | $201.00 |
| **Total Payment** | **$836.03** | **$974.53** |

*If you utilize a bill paying service, please notify them of the payment changes scheduled to occur effective 11/29/2020.*

### Option 2:



Do nothing and your shortage will be spread over 12 months.

**Your new payment will be $4,059.08**

| Payment Breakdown | Current Monthly Payment | New Monthly payment as of 11/29/2020 |
|---|---|---|
| Principal & Interest | $773.53 | $773.53 |
| Escrow | $62.50 | $3,285.55 |
| **Total Payment** | **$836.03** | **$4,059.08** |

*If you utilize a bill paying service, please notify them of the payment changes scheduled to occur effective 11/29/2020.*

## Section 2: Escrow breakdown and next year's expected activity

| | Upcoming expected payments | | To calculate your new monthly escrow payment: | |
|---|---|---|---|---|
| Insurance | $792.00 | | Total Insurance and Taxes | $2,412.00 |
| Tax | $1,620.00 | | Divided by 12 | 12 |
| | | | New base escrow payment: | $201.00 |
| | | | New monthly shortage payment: | + $3,084.55 |
| Total: | $2,412.00 | | **New monthly escrow payment:** | **$3,285.55** |

Continued on next page

▼  DETACH HERE  ▼

**Option 1:** To pay your current shortage in full, return this coupon with the shortage amount due.

### Section 2: Escrow breakdown and next year's expected activity (continued)

| Date | Payment to Escrow | What we expect to pay out | Description | Your Anticipated Balance | Balance needed in your account |
|---|---|---|---|---|---|
|  |  |  | Beginning Balance | -$35,808.67 | $1,206.00 |
| 11/2020 | $201.00 | $0.00 |  | -$35,607.67 | $1,407.00 |
| 12/2020 | $201.00 | -$810.00 | CITY/TOWN | -$36,216.67 | $798.00 |
| 01/2021 | $201.00 | $0.00 |  | -$36,015.67 | $999.00 |
| 02/2021 | $201.00 | $0.00 |  | -$35,814.67 | $1,200.00 |
| 03/2021 | $201.00 | $0.00 |  | -$35,613.67 | $1,401.00 |
| 04/2021 | $201.00 | $0.00 |  | -$35,412.67 | $1,602.00 |
| 05/2021 | $201.00 | -$810.00 | CITY/TOWN | -$36,021.67 | $993.00 |
| 06/2021 | $201.00 | -$792.00 | HOMEOWNER INS | -$36,612.67 | $402.00 |
| 07/2021 | $201.00 | $0.00 |  | -$36,411.67 | $603.00 |
| 08/2021 | $201.00 | $0.00 |  | -$36,210.67 | $804.00 |
| 09/2021 | $201.00 | $0.00 |  | -$36,009.67 | $1,005.00 |
| 10/2021 | $201.00 | $0.00 |  | -$35,808.67 | $1,206.00 |

The minimum balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to 2 months of escrow payments to cover increases in your taxes and insurance.

Any transactions that occurred after the statement date will not reflect in the above chart.

### Section 3: Escrow Account History



| Date | Anticipated payments | Actual payments | Anticipated disbursements | Description | What we disbursed | Description |  | Required balance | Actual balance |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Beginning Balance |  | $250.00 | -$2,153.73 |
| 09/2019 | $62.50 | $0.00 | $0.00 |  | $0.00 |  |  | $312.50 | -$2,153.73 |
| 10/2019 | $62.50 | $108.23 | $0.00 |  | -$11,920.36 | CITY/TOWN | * | $375.00 | -$13,965.86 |
| 11/2019 | $62.50 | $11,982.86 | $0.00 |  | -$11,920.36 | CITY/TOWN | * | $437.50 | -$13,903.36 |
| 11/2019 | $0.00 | $0.00 | $0.00 |  | -$15,796.66 | CITY/TOWN |  | $437.50 | -$29,700.02 |
| 11/2019 | $0.00 | $0.00 | $0.00 |  | -$2,139.34 | CITY/TOWN |  | $437.50 | -$31,839.36 |
| 12/2019 | $62.50 | $125.10 | $0.00 |  | -$4,665.31 | CITY/TOWN | * | $500.00 | -$36,379.57 |
| 12/2019 | $0.00 | $0.00 | $0.00 |  | -$810.00 | CITY/TOWN |  | $500.00 | -$37,189.57 |
| 01/2020 | $62.50 | $125.00 | $0.00 |  | $0.00 |  |  | $562.50 | -$37,064.57 |
| 02/2020 | $62.50 | $8.73 | $0.00 |  | $0.00 |  |  | $625.00 | -$37,055.84 |
| 03/2020 | $62.50 | $62.08 | $0.00 |  | $0.00 |  |  | $687.50 | -$36,993.76 |
| 04/2020 | $62.50 | $62.08 | $0.00 |  | $0.00 |  |  | $750.00 | -$36,931.68 |
| 05/2020 | $62.50 | $62.08 | $0.00 |  | $0.00 |  |  | $812.50 | -$36,869.60 |
| 06/2020 | $62.50 | $62.08 | -$750.00 | HOMEOWNER INS | -$792.00 | HOMEOWNER INS | * | $125.00 | -$37,599.52 |
| 06/2020 | $0.00 | $0.00 | $0.00 |  | -$810.00 | CITY/TOWN |  | $125.00 | -$38,409.52 |
| 07/2020 | $62.50 | $62.08 | $0.00 |  | $0.00 |  |  | $187.50 | -$38,347.44 |
| 08/2020 | $62.50 | $62.08 | $0.00 |  | $0.00 |  |  | $250.00 | -$38,285.36 |

The chart above outlines up to twelve months' worth of escrow activity from the effective date of your last active analysis completed by Caliber. If this is the first time receiving an annual escrow statement from Caliber, this section will include up to twelve months' worth of escrow activity, if available.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown. An asterisk (*) indicates a difference in either the amount or date.

### Section 4: Additional Information



If your required escrow balance was not reached, this could be due to possible reasons outlined below:

- An increase in your taxes or insurance
- Expired tax exemption
- Unanticipated payment(s) disbursed from your escrow account
- Changes you made to your insurance policy
- Not making scheduled payments to your escrow account

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at myaccount.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.



# HISTORY OF ACCOUNT
## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

GREGORY E BROOKS
SANDRA R BROOKS
2307 CERESLEY ST
RICHMOND, VA 23224

ACCOUNT # 

*Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.*

### THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT
### FROM 08/12/2015 TO 09/30/2020

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 08/12/2015 | ($723 00) | Disbursement Homeowners Ins / Condo Master | ($723.00) | $0.00 | $0 00 | ($723 00) |
| 06/06/2016 | ($730 00) | Disbursement Homeowners Ins / Condo Master | ($1,453.00) | $0.00 | $0 00 | ($1,453 00) |
| 06/05/2017 | ($730 00) | Disbursement Homeowners Ins / Condo Master | ($2,183.00) | $0.00 | $0 00 | ($2,183 00) |
| 07/10/2017 | $60 25 | Escrow Payment | ($2,122.75) | $0.00 | $0 00 | ($2,122.75) |
| 08/04/2017 | $60 25 | Escrow Payment | ($2,062.50) | $0.00 | $0 00 | ($2,062 50) |
| 08/18/2017 | $60 25 | Escrow Payment | ($2,002.25) | $0.00 | $0 00 | ($2,002 25) |
| 08/22/2017 | ($60 25) | Escrow Payment Reversal | ($2,062.50) | $0.00 | $0 00 | ($2,062 50) |
| 09/26/2017 | $60 25 | Escrow Payment | ($2,002.25) | $0.00 | $0 00 | ($2,002 25) |
| 09/30/2017 | $60 25 | Escrow Payment | ($1,942.00) | $0.00 | $0 00 | ($1,942 00) |
| 12/08/2017 | $60 25 | Escrow Payment | ($1,881.75) | $0.00 | $0 00 | ($1,881.75) |
| 12/08/2017 | $60 25 | Escrow Payment | ($1,821.50) | $0.00 | $0 00 | ($1,821 50) |
| 01/08/2018 | $60 25 | Escrow Payment | ($1,761.25) | $0.00 | $0 00 | ($1,761 25) |
| 04/03/2018 | $60 25 | Escrow Payment | ($1,701.00) | $0.00 | $0 00 | ($1,701 00) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,640.75) | $0.00 | $0 00 | ($1,640.75) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,580.50) | $0.00 | $0 00 | ($1,580 50) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,520.25) | $0.00 | $0 00 | ($1,520 25) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,460.00) | $0.00 | $0 00 | ($1,460 00) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,399.75) | $0.00 | $0 00 | ($1,399.75) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,339.50) | $0.00 | $0 00 | ($1,339 50) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,279.25) | $0.00 | $0 00 | ($1,279 25) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,219.00) | $0.00 | $0 00 | ($1,219 00) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,158.75) | $0.00 | $0 00 | ($1,158.75) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,098.50) | $0.00 | $0 00 | ($1,098 50) |
| 04/30/2018 | $60 25 | Escrow Payment | ($1,038.25) | $0.00 | $0 00 | ($1,038 25) |
| 04/30/2018 | $60 25 | Escrow Payment | ($978.00) | $0.00 | $0 00 | ($978 00) |
| 04/30/2018 | $60 25 | Escrow Payment | ($917.75) | $0.00 | $0 00 | ($917.75) |
| 04/30/2018 | $60 25 | Escrow Payment | ($857.50) | $0.00 | $0.00 | ($857 50) |
| 04/30/2018 | $60 25 | Escrow Payment | ($797.25) | $0.00 | $0.00 | ($797 25) |
| 04/30/2018 | $60 25 | Escrow Payment | ($737.00) | $0.00 | $0.00 | ($737 00) |
| 04/30/2018 | $60 25 | Escrow Payment | ($676.75) | $0.00 | $0.00 | ($676.75) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($737.00) | $0.00 | $0.00 | ($737 00) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($797.25) | $0.00 | $0.00 | ($797 25) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($857.50) | $0.00 | $0.00 | ($857 50) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($917.75) | $0.00 | $0.00 | ($917.75) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($978.00) | $0.00 | $0.00 | ($978 00) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,038.25) | $0.00 | $0.00 | ($1,038 25) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,098.50) | $0.00 | $0.00 | ($1,098 50) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,158.75) | $0.00 | $0.00 | ($1,158.75) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,219.00) | $0.00 | $0.00 | ($1,219 00) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,279.25) | $0.00 | $0.00 | ($1,279 25) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,339.50) | $0.00 | $0.00 | ($1,339 50) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,399.75) | $0.00 | $0.00 | ($1,399.75) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,460.00) | $0.00 | $0.00 | ($1,460 00) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,520.25) | $0.00 | $0.00 | ($1,520 25) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,580.50) | $0.00 | $0.00 | ($1,580 50) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,640.75) | $0.00 | $0.00 | ($1,640.75) |
| 04/30/2018 | ($60 25) | Escrow Payment Reversal | ($1,701.00) | $0.00 | $0.00 | ($1,701 00) |
| 05/07/2018 | $60 25 | Escrow Payment | ($1,640.75) | $0.00 | $0.00 | ($1,640.75) |
| 05/23/2018 | $60 25 | Escrow Payment | ($1,580.50) | $0.00 | $0.00 | ($1,580 50) |
| 05/23/2018 | $60 25 | Escrow Payment | ($1,520.25) | $0.00 | $0.00 | ($1,520 25) |
| 05/23/2018 | ($60 25) | Escrow Payment Reversal | ($1,580.50) | $0.00 | $0.00 | ($1,580 50) |
| 06/04/2018 | ($736 00) | Disbursement Homeowners Ins / Condo Master | ($2,316.50) | $0.00 | $0.00 | ($2,316 50) |
| 06/05/2018 | $60 25 | Escrow Payment | ($2,256.25) | $0.00 | $0.00 | ($2,256 25) |
| 07/03/2018 | $60 25 | Escrow Payment | ($2,196.00) | $0.00 | $0.00 | ($2,196 00) |
| 08/06/2018 | $60 06 | Escrow Payment | ($2,135.94) | $0.00 | $0 00 | ($2,135 94) |
| 09/11/2018 | $0.19 | Escrow Payment | ($2,135.75) | $0.00 | $0 00 | ($2,135.75) |
| 09/11/2018 | $60 25 | Escrow Payment | ($2,075.50) | $0.00 | $0 00 | ($2,075 50) |
| 12/03/2018 | $60 25 | Escrow Payment | ($2,015.25) | $0.00 | $0 00 | ($2,015 25) |
| 01/22/2019 | $60 25 | Escrow Payment | ($1,955.00) | $0.00 | $0 00 | ($1,955 00) |
| 02/19/2019 | $60 25 | Escrow Payment | ($1,894.75) | $0.00 | $0 00 | ($1,894.75) |
| 04/15/2019 | $62 29 | Escrow Payment | ($1,832.46) | $0.00 | $0 00 | ($1,832.46) |
| 05/17/2019 | $62 29 | Escrow Payment | ($1,770.17) | $0.00 | $0 00 | ($1,770.17) |
| 06/05/2019 | ($750 00) | Disbursement Homeowners Ins / Condo Master | ($2,520.17) | $0.00 | $0 00 | ($2,520.17) |
| 06/10/2019 | $62 29 | Escrow Payment | ($2,457.88) | $0.00 | $0 00 | ($2,457 88) |
| 07/08/2019 | $60 83 | Escrow Payment | ($2,397.05) | $0.00 | $0 00 | ($2,397 05) |
| 07/08/2019 | $60 83 | Escrow Payment | ($2,336.22) | $0.00 | $0 00 | ($2,336 22) |
| 07/15/2019 | $60 83 | Escrow Payment | ($2,275.39) | $0.00 | $0 00 | ($2,275 39) |
| 07/15/2019 | $60 83 | Escrow Payment | ($2,214.56) | $0.00 | $0 00 | ($2,214 56) |
| 07/15/2019 | ($60 83) | Escrow Payment Reversal | ($2,275.39) | $0.00 | $0 00 | ($2,275 39) |

| Date | Amount | Description | | | | |
|---|---|---|---|---|---|---|
| 08/05/2019 | $60.83 | Escrow Payment | ($2,214.56) | $0.00 | $0.00 | ($2,214.56) |
| 08/14/2019 | $60.83 | Escrow Payment | ($2,153.73) | $0.00 | $0.00 | ($2,153.73) |
| 08/19/2019 | ($60.83) | Escrow Payment Reversal | ($2,214.56) | $0.00 | $0.00 | ($2,214.56) |
| 08/26/2019 | $60.83 | Escrow Payment | ($2,153.73) | $0.00 | $0.00 | ($2,153.73) |
| 10/30/2019 | ($11,920.36) | Disbursement City/Town/Township | ($2,153.73) | ($11,920.36) | $0.00 | ($14,074.09) |
| 10/31/2019 | $47.40 | Escrow Payment | ($2,106.33) | ($11,920.36) | $0.00 | ($14,026.69) |
| 10/31/2019 | $60.83 | Escrow Payment | ($2,045.50) | ($11,920.36) | $0.00 | ($13,965.86) |
| 11/04/2019 | ($11,920.36) | Disbursement City/Town/Township | ($2,045.50) | ($23,840.72) | $0.00 | ($25,886.22) |
| 11/09/2019 | ($15,796.66) | Disbursement City/Town/Township | ($2,045.50) | ($39,637.38) | $0.00 | ($41,682.88) |
| 11/13/2019 | $11,920.36 | Refund City/Town/Township | ($2,045.50) | ($27,717.02) | $0.00 | ($29,762.52) |
| 11/18/2019 | ($2,139.34) | Disbursement City/Town/Township | ($2,045.50) | ($29,856.36) | $0.00 | ($31,901.86) |
| 11/19/2019 | $13.43 | Escrow Payment | ($2,032.07) | ($29,856.36) | $0.00 | ($31,888.43) |
| 11/19/2019 | $49.07 | Escrow Payment | ($1,983.00) | ($29,856.36) | $0.00 | ($31,839.36) |
| 12/09/2019 | ($4,665.31) | Disbursement City/Town/Township | ($1,983.00) | ($34,521.67) | $0.00 | ($36,504.67) |
| 12/23/2019 | $11.76 | Escrow Payment | ($1,971.24) | ($34,521.67) | $0.00 | ($36,492.91) |
| 12/23/2019 | $52.51 | Escrow Payment | ($1,918.73) | ($34,521.67) | $0.00 | ($36,440.40) |
| 12/23/2019 | $60.83 | Escrow Payment | ($1,857.90) | ($34,521.67) | $0.00 | ($36,379.57) |
| 12/26/2019 | ($810.00) | Disbursement City/Town/Township | ($1,857.90) | ($35,331.67) | $0.00 | ($37,189.57) |
| 01/30/2020 | $9.57 | Escrow Payment | ($1,848.33) | ($35,331.67) | $0.00 | ($37,180.00) |
| 01/30/2020 | $53.35 | Escrow Payment | ($1,794.98) | ($35,331.67) | $0.00 | ($37,126.65) |
| 01/30/2020 | $62.08 | Escrow Payment | ($1,732.90) | ($35,331.67) | $0.00 | ($37,064.57) |
| 02/24/2020 | $8.73 | Escrow Payment | ($1,724.17) | ($35,331.67) | $0.00 | ($37,055.84) |
| 03/09/2020 | $62.08 | Escrow Payment | ($1,662.09) | ($35,331.67) | $0.00 | ($36,993.76) |
| 04/04/2020 | $62.08 | Escrow Payment | ($1,600.01) | ($35,331.67) | $0.00 | ($36,931.68) |
| 05/15/2020 | $62.08 | Escrow Payment | ($1,537.93) | ($35,331.67) | $0.00 | ($36,869.60) |
| 06/03/2020 | ($792.00) | Disbursement Homeowners Ins / Condo Master | ($2,329.93) | ($35,331.67) | $0.00 | ($37,661.60) |
| 06/08/2020 | $62.08 | Escrow Payment | ($2,267.85) | ($35,331.67) | $0.00 | ($37,599.52) |
| 06/09/2020 | ($810.00) | Disbursement City/Town/Township | ($2,267.85) | ($36,141.67) | $0.00 | ($38,409.52) |
| 07/08/2020 | $62.08 | Escrow Payment | ($2,205.77) | ($36,141.67) | $0.00 | ($38,347.44) |
| 08/05/2020 | $62.08 | Escrow Payment | ($2,143.69) | ($36,141.67) | $0.00 | ($38,285.36) |
| 09/09/2020 | $62.08 | Escrow Payment | ($2,081.61) | ($36,141.67) | $0.00 | ($38,223.28) |

| Description | Amounts |
|---|---|
| Insurance Balance | ($2,081.61) |
| Homeowner's Ins | ($2,081.61) |
| Flood | $0.00 |
| Earthquake | $0.00 |
| Windstorm | $0.00 |
| Mortgage Insurance | $0.00 |
| Undefined | $0.00 |
| Tax Balance | ($36,141.67) |
| Assessments | $0.00 |
| County | $0.00 |
| City/Town/Township | ($36,141.67) |
| School | $0.00 |
| Municipal District | $0.00 |
| Ground Rent | $0.00 |
| HOA/Condo Dues | $0.00 |
| Undefined | $0.00 |
| Unspecified Balance | $0.00 |
| Overall Balance | ($38,223.28) |
| Uncollected Escrow Shortage | $0.00 |
| Escrow Balance Total | ($38,223.28) |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.